# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MUNICH RE SYNDICATE LIMITED, UNDERWRITERS AT LLOYD'S A/A/O STEVENS GLOBAL LOGISTICS, INC., | Case No. 2:18-cv-08051-CBM (KSx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION [JS-6]** |
| v. | |
| SETH LINES, INC., | |
| Defendant. | |

**ORDER**

Pursuant to the Stipulation of the Parties through their attorneys of record in accordance with FRCP 41 (a) (1) (A) (ii) and the Court's Order and Notice dated January 31, 2019 [Dkt. 40], the above-entitled matter is herewith dismissed *with prejudice*.

IT IS SO ORDERED.

February 21, 2019

_____
Hon. Consuelo B. Marshall
United States District Judge

*Submitted by*:

Robert S. Crowder SBN 199556
rcrowder@tresslerllp.com
Jennifer Perdigao SBN 209723
jperdigao@tresslerllp.com
**TRESSLER LLP**
1901 Avenue of the Stars - Suite 450
Los Angeles, California 90067
Telephone: (310) 203-4800
Fax: (310) 203-4850

Attorneys for Plaintiff
MUNICH RE SYNDICATE LIMITED,
UNDERWRITERS AT LLOYD'S *A/A/O*
STEVENS GLOBAL LOGISTICS, INC.

4830-7933-7352
(11477-13)